```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY CHRISTY,                       :    CIVIL ACTION
                                    :    NO. 11-5045
         Plaintiff,                 :
                                    :
    v.                              :
                                    :
EOS CCA,                            :
                                    :
         Defendant.                 :
```

**O R D E R**

**AND NOW,** this **27th** day of **November, 2012,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 13) is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO,    J.**